ROBBINS GELLER RUDMAN
    & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
        – and –
CAROLINE M. ROBERT (254293)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
crobert@rgrdlaw.com

Lead Counsel for Lead Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re STITCH FIX, INC. SECURITIES LITIGATION | ) ) ) |  Case No. 3:18-cv-06208-JD |
| | ) | CLASS ACTION |
| This Document Relates To: | ) ) | STIPULATION AND PROPOSED ORDER CONTINUING APRIL 15, 2021 HEARING |
| ALL ACTIONS. | ) ) ) | ON DEFENDANTS' MOTION TO DISMISS LEAD PLAINTIFF'S AMENDED CONSOLIDATED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS |

4834-0943-3572.v1

WHEREAS, on August 9, 2019, the Court issued an order appointing Mr. Ganesh Kasilingam Lead Plaintiff in the above-referenced action pursuant to the Private Securities Litigation Reform Act of 1995 (ECF No. 80);

WHEREAS, on September 18, 2019, Lead Plaintiff filed a Consolidated Complaint for Violations of the Federal Securities Laws (ECF No. 92) ("Consolidated Complaint");

WHEREAS, on October 28, 2019, Defendants filed a motion to dismiss the Consolidated Complaint setting a hearing date of January 23, 2020 (ECF No. 93);

WHEREAS, on January 21, 2020, the Court issued an order vacating the scheduled January 23, 2020 hearing on Defendants' motion to dismiss the Consolidated Complaint and took the motion under submission (ECF No. 104);

WHEREAS, on September 30, 2020, the Court granted Defendants' motion, dismissing the Consolidated Complaint with leave to amend by October 29, 2020 (ECF No. 109);

WHEREAS, on October 27, 2020, the parties filed a stipulation extending the briefing schedule (ECF No. 110), which the Court granted on October 29, 2020 (ECF No. 111);

WHEREAS, on November 6, 2020, Lead Plaintiff filed their Amended Consolidated Complaint for Violations of the Federal Securities Laws (ECF No. 112) ("ACC");

WHEREAS, on December 7, 2020, Defendants filed a motion to dismiss the ACC setting a hearing date of February 11, 2021 (ECF No. 115);

WHEREAS, on January 8, 2021, Lead Plaintiff filed their opposition to Defendants' motion to dismiss the ACC (ECF No. 126);

WHEREAS, on January 22, 2021, Defendants filed their reply in support of their motion to dismiss the ACC (ECF No. 128);

WHEREAS, on February 5, 2021, the Court issued a Clerk's Notice ("Order") resetting the February 11, 2021 hearing on the Defendants' motion to dismiss the ACC to April 15, 2021 (ECF No. 130);

WHEREAS, at the time of the adjournment counsel for Lead Plaintiff believed that a professional conflict on another matter pending in the United States District Court for the Southern

STIPULATION AND PROPOSED ORDER CONTINUING APRIL 15, 2021 HEARING ON DEFS'
MOTION TO DISMISS AMENDED CONSOLIDATED COMPLAINT  - 3:18-cv-06208-JD        - 1 -
4834-0943-3572.v1

District of New York, that existed at the time of the February 5, 2021 Order (ECF No. 130) would have resolved, but it has not; and

WHEREAS, counsel for Lead Plaintiff and counsel for Defendants have met and conferred and at the request of counsel for Lead Plaintiff agreed to seek a continuance of the hearing on Defendants' motion to dismiss the ACC from April 15, 2021 to May 6, 2021 at 10:00 am or another date that is convenient for the Court.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Lead Plaintiff and Defendants, subject to the Court's approval, that:

1.    The hearing on Defendants' motion to dismiss the ACC will be continued from April 15, 2021 to May 6, 2021 at 10:00 am or another date most convenient for the Court.

DATED:  April 7, 2021

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS


                                 s/ Shawn A. Williams
                               SHAWN A. WILLIAMS

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
CAROLINE M. ROBERT
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Lead Counsel for Lead Plaintiff

ROBBINS LLP
BRIAN J. ROBBINS
CRAIG W. SMITH
5040 Shoreham Place
San Diego, CA  92122
Telephone:  619/525-3990
619/525-3991 (fax)

Additional Counsel for Lead Plaintiff

STIPULATION AND PROPOSED ORDER CONTINUING APRIL 15, 2021 HEARING ON DEFS'
MOTION TO DISMISS AMENDED CONSOLIDATED COMPLAINT  - 3:18-cv-06208-JD         - 2 -
4834-0943-3572.v1

DATED:  April 7, 2021

COOLEY LLP
PATRICK E. GIBBS
JESSICA VALENZUELA SANTAMARIA
CLAIRE A. MCCORMACK


_____s/ Jessica Valenzuela Santamaria_____
JESSICA VALENZUELA SANTAMARIA

3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: 650/843-5820
650/849-7400 (fax)

Counsel for Defendants

\*        \*        \*

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED: _____    _____

THE HONORABLE JAMES DONATO
UNITED STATES DISTRICT JUDGE


\*        \*        \*

**ATTESTATION**

I, Shawn A. Williams, am the ECF User whose ID and password are being used to file this STIPULATION AND PROPOSED ORDER CONTINUING APRIL 15, 2021 HEARING ON DEFENDANTS' MOTION TO DISMISS LEAD PLAINTIFF'S AMENDED CONSOLIDATED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Jessica Valenzuela Santamaria has concurred in this filing.

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on April 7, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

                                     s/ Shawn A. Williams
                                     SHAWN A. WILLIAMS
                                     ROBBINS GELLER RUDMAN
                                          & DOWD LLP
                                     Post Montgomery Center
                                     One Montgomery Street, Suite 1800
                                     San Francisco, CA  94104
                                     Telephone:  415/288-4545
                                     415/288-4534 (fax)
                                     E-mail:  shawnw@rgrdlaw.com

4834-0943-3572.v1

## Mailing Information for a Case 3:18-cv-06208-JD Sawicki v. Stitch Fix, Inc. et al

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Peter Arthur Binkow**
  info@glancylaw.com,pbinkow@glancylaw.com,peter-binkow-7144@ecf.pacerpro.com

- **Jenny L. Dixon**
  jdixon@robbinsllp.com,notice@robbinsllp.com

- **Donald J. Enright**
  denright@zlk.com

- **Patrick Edward Gibbs**
  pgibbs@cooley.com,bgiovannoni@cooley.com

- **Richard W. Gonnello**
  rgonnello@faruqilaw.com,ecf@faruqilaw.com,dbehnke@faruqilaw.com

- **Benjamin Heikali**
  Bheikali@faruqilaw.com,ealdo@faruqilaw.com,rglezakos@faruqilaw.com,ecf@faruqilaw.com,tpeter@faruqilaw.com

- **Shannon L Hopkins**
  shopkins@zlk.com,shalliday@zlk.com,ecf@zlk.com

- **Katherine M. Lenahan**
  klenahan@faruqilaw.com

- **Claire Andrea McCormack**
  cmccormack@cooley.com,agarcia@cooley.com,efiling-notice@ecf.pacerpro.com,tberryhill@cooley.com

- **Tricia Lynn McCormick**
  triciam@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Matthew Seth Melamed**
  mmelamed@bfalaw.com

- **Sherief Morsy**
  smorsy@faruqilaw.com,ecf@faruqilaw.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,ahood@pomlaw.com,egoodman@pomlaw.com,disaacson@pomlaw.com,ashmatkova@pomlaw.com,jalieberman@pomlaw.com,tcrockett@pomla

- **Lesley F. Portnoy**
  LPortnoy@glancylaw.com,info@glancylaw.com,clinehan@glancylaw.com,lesley-portnoy-3007@ecf.pacerpro.com,charles-linehan-8383@ecf.pacerpro.com

- **Caroline Maryse Robert**
  crobert@rgrdlaw.com,E_File_SD@rgrdlaw.com

- **Jessica Valenzuela Santamaria**
  jsantamaria@cooley.com,galancr@cooley.com

- **Jessie A. R. Simpson Lagoy**
  jlagoy@cooley.com,galancr@cooley.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,ShawnW@ecf.courtdrive.com,e_file_sd@rgrdlaw.com,sbloyd@ecf.courtdrive.com,sbloyd@rgrdlaw.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)