United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE STITCH FIX, INC. SECURITIES LITIGATION | Case No. 3:18-cv-06208-JD<br><br>**JUDGMENT** |

Pursuant to Federal Rule of Civil Procedure 58, and the order dismissing the complaint with prejudice under Federal Rule of Civil Procedure 12(b)(6), Dkt. No. 137, judgment is entered against lead plaintiff.

**IT IS SO ORDERED.**

Dated: October 1, 2021

_____
JAMES DONATO
United States District Judge